

NUMBER 13-14-00745-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CASTILLO AND SONS, INC.,
ROBERTO CASTILLO, AND
ROBERT CARLOS CASTILLO,                                    Appellants,

v.

SURETEC INSURANCE COMPANY,                                 Appellee.

On appeal from the 93rd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Memorandum Opinion Per Curiam**

Appellants, Castillo and Sons, Inc., Roberto Castillo, and Robert Carlos Castillo sought to appeal a final judgment rendered in September 2014. The appellants' brief in the above cause was originally due on April 30, 2015. On May 19, 2015, the Clerk of the

Court notified appellants that their brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellants reasonably explained the failure and the appellee was not significantly injured by the appellants' failure to timely file a brief. Appellants neither responded to the Court's notice nor filed their brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

PER CURIAM

Delivered and filed the
18th day of June, 2015.